AGNES E. BURNS, Appellant, *v.* CHARLES GOLDEN MULLIN et al., Respondents.

Reported below, 42 App. Div. 116.
(Argued January 5, 1903; decided January 20, 1903.)

MOTION to dismiss an appeal from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered July 7, 1899, affirming a judgment in favor of defendants entered upon a dismissal of the complaint by the court on trial at Special Term.

The motion was made upon the ground that the Court of Appeals had no jurisdiction to entertain the appeal.

*John G. Boyd* for motion.

*Lyman H. Bevins* opposed.

Motion denied, with ten dollars costs.